Connie Sue GUTHRIE; Karl David Guthrie, Jr., Appellants,

v.

Jerry EBER, Doctor, Individually and Officially; Elizabeth Wainwright, Individually and Officially; Tiffany Landrum, Doctor, Individually and Officially, Appellees.

No. 11–1778.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 27, 2011.

Filed: Oct. 4, 2011.

William Edward Tarvin, Tarvin Law Firm, Bentonville, AR, for Appellants.

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

Jason Scott Retter, Assistant Attorney General, Attorney General's Office, St. Louis, MO, for Appellees.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Connie and Karl Guthrie appeal the district court's[1] denial of their motion under Federal Rule of Appellate Procedure 4(a)(5) for an extension of time to file an appeal in their civil action. After careful review, see *Gibbons v. United States*, 317 F.3d 852, 853–54 (8th Cir.2003), we conclude the district court did not abuse its discretion by finding that the Guthries failed to show excusable neglect warranting an extension. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.